UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| IN RE:   KIMBERLEY ROYS SISSON,<br><br>                    Debtor.<br>_____/ | Case No. 15-03016-JWB<br>Chapter 7 Filed: 05/19/15<br>Honorable James W. Boyd<br>U.S. Bankruptcy Judge |
| JEFF A. MOYER, Chapter 7 Trustee,<br><br>          Plaintiff,<br><br>vs.<br><br>INTESAR H. ZAIDI; BEACON HILL ESTATES, LLC; SHALIMAR HOLDINGS, LLC; MORPHEUS CAPITAL PARTNERS; SHANNON AND DOUGLAS CONSTRUCTION; ALLIANCE HARDWOOD FLOORING, LLC; CHURCH BRICK COMPANY, INC.; CLAYTON BLOCK COMPANY, INC.; DENNIS HARWOOD FLOORS, INC.; DIRECT COMMERCIAL FUNDING, INC.; HOBOKEN WOOD FLOORING, LLC; LONG VALLEY SUPPLY CENTER, INC. d/b/a HOFFMAN SUPPLY; MASCO SERVICES GROUP CORP. d/b/a RED LION INSULATION; MILLHURST MILLS, INC.; PROBUILD EAST, LLC; PROBUILDERS, INC.; SUMMERVILLE LUMBER COMPANY; and WINDOW RAMA ENTERPRISES, INC.; jointly and severally,<br><br>          Defendants.<br>_____/ | Adv. Pro. Case No. 16-80052 |

### ORDER DISMISSING DEFENDANT
### WINDOW RAMA ENTERPRISES, INC. FROM ADVERSARY PROCEEDING

Pursuant to the Stipulation to Dismiss Defendant Window Rama Enterprises, Inc. with Prejudice and Without Costs filed with this Court on July 25, 2017, Defendant Window Rama Enterprises, Inc. shall be and is hereby dismissed from this Adversary Proceeding with prejudice and without costs.

**END OF ORDER**

PREPARED BY:
John T. Piggins
Miller Johnson
PO Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

**IT IS SO ORDERED.**

**Dated July 31, 2017**



*James W. Boyd*
James W. Boyd
United States Bankruptcy Judge