FILED

2019 SEP 19 AM 10: 51

MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
----------------------------------x
IN RE: KIMBERLEY SISSON,                Case No. 15-03016-JWB
                                        Chapter 7 Filed: 05/19/15
            Debtor.                     Hon. James W. Boyd,
                                        U.S. Bankruptcy Judge
----------------------------------x
JEFF A. MOYER, Chapter 7 Trustee,

            Plaintiff,
                                        **SATISFACTION OF JUDGMENT
vs.                                     AGAINST SUMMERVILLE
                                        LUMBER COMPANY (aka
INTESAR H. ZAIDI, et al.                SOMERVILLE LUMBER
                                        COMPANY)ONLY**

            Defendants.
----------------------------------x

**WHEREAS**, a judgment was entered in the above action on December 27, 2016 in favor of JEFF A. MOYER, Chapter 7 Trustee, and against SOMERVILLE LUMBER COMPANY in the amount of $40,453.53 together with costs of $350 plus interest at the federal judgment interest rate of 0.90% per annum from and after March 4, 2016; and said judgment having been assigned to SM Financial Services Corporation by Assignment of Judgment, dated May 30, 2019 and filed with this Court on June 10, 2019, it is hereby certified that there are no outstanding executions with any Sheriff or Marshall; and

**WHEREAS**, the undersigned Assignee of said Judgment hereby acknowledging full and complete satisfaction of said Judgment;

**THEREFORE**, the Clerk of this Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment.

Dated: September 6, 2019.

                                        SM FINANCIAL SERVICES CORPORATION

                                        By _____
                                           Jane W. Mitnick, President

## ACKNOWLEDGEMENT

**STATE OF NEW JERSEY:**

ss.:

**COUNTY OF HUNTERDON:**

On September 6, 2019, before me personally came Jane W. Mitnick, to me known or proved to me on the basis of satisfactory evidence to be the individual whose name appears on the within document, and acknowledged under oath to my satisfaction to be the President of SM FINANCIAL SERVICES CORPORATION and executed this document and thereby said entity became bound to the within Satisfaction of Judgment.

_Susan Brophy_
Notary Public of State of New Jersey
[Affix Stamp/Seal]

SUSAN BROPHY
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50064469
My Commission Expires 7/26/2022